UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTH AMERICAN HERB AND SPICE CO. LTD. LLC,<br><br>        Plaintiff,<br>v.<br><br>PAGES OF PURPOSE LLC,<br><br>        Defendant. | Case No.: 1:10-cv-1077 |

### NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to Local Rule 3.4, Plaintiff North American Herb and Spice Co. Ltd. LLC, by and through their undersigned counsel, hereby provide notice of claims involving trademarks. The information required by said Local Rule and by 15 U.S.C. §1116(c) is provided below.

1. Names and address of litigants:

    North American Herb and Spice Co. Ltd. LLC
    13900 West Polo Trail Drive
    Lake Forest, Illinois 60045

    Pages of Purpose LLC
    3038 Lorena Avenue
    Baltimore, Maryland 21230

2. U.S. trademark registrations upon which suit has been brought include the following:

| Registration No. | Trademark | Goods |
|---|---|---|
| 5,730,830 | NORTH AMERICAN HERB & SPICE | For: Aromatic oils; Body oils; Cleaner for use on fruits and vegetables; Hair oils; Shampoos; Shampoos for pets; Skin cream; Skin soap; Tooth paste; Hair shampoo; Nonmedicated |

| | | |
|---|---|---|
| | | mouthwash and gargle; Spray cleaners for use on fruits and vegetables. (Class 3).<br><br>For: Dietary supplemental drinks in the nature of vitamin and mineral beverages; Dietary and nutritional supplements; Dietary and nutritional supplements containing fish oil; Ear drops; Nasal spray preparations; Natural dietary supplements; Vitamins. (Class 5).<br><br>For: Honey infused with spice blends, namely, turmeric, ginger and cinnamon; Spice blends; Tea. (Class 30). |
| 5,635,811 | North American Herb & Spice | For: Aromatic oils; Body oils; Cleaner for use on fruits and vegetables; Hair oils; Hair shampoo; Non-medicated mouthwash and gargle; Shampoos; Shampoos for pets; Skin cream; Skin soap; Tooth paste; Spray cleaners for use on fruits and vegetables. (Class 3).<br><br>For: Dietary supplemental drinks in the nature of vitamin and mineral beverages; Dietary and nutritional supplements; Dietary and nutritional supplements containing fish oil; Ear drops; Nasal spray preparations; Natural |

| | | |
|---|---|---|
| | | dietary supplements; Vitamins. (Class 5).<br><br>For: Honey infused with spice blends, namely, turmeric, ginger and cinnamon; Spice blends; Tea. (Class 30). |
| 5,334,716 | OREGANOL | For: Skin cream containing oregano; Hair conditioner containing oregano; Hair shampoo containing oregano. (Class 3).<br><br>For: Natural dietary supplements containing oregano. (Class 5). |

Date: February 14, 2020

                                                    Respectfully Submitted,

/s/ Theodore J. Chiacchio
Theodore J. Chiacchio
Scott Nyman
**Nyman IP LLC**
20 N. Upper Wacker Drive, #1200
Chicago, IL 60606
Tel: (312) 487-2532
Email: ted@nymanip.com

*Counsel for Plaintiff North American Herb & Spice Co. Ltd. LLC*