## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Northern District of Illinois

North American Herb and Spice Co. Ltd., LLC

Plaintiff(s),

VS.

Pages of Purpose, LLC

Defendant(s).

Attorney: Theodore J. Chiacchio

Nyman IP, LLC
20 North Wacker Dr., #1200
Chicago IL 60606



*252821*

**Case Number: 1:20-cv-1077**

Legal documents received by Same Day Process Service, Inc. on **03/03/2020** at **1:49 PM** to be served upon **Pages of Purpose, LLC at 3326 Bero Rd., Lansdowne, MD 21227**

I, **Rene Rivas**, swear and affirm that on **March 08, 2020** at **4:40 PM**, I did the following:

Served **Pages of Purpose, LLC** by delivering a conformed copy of the **Summons in a Civil Case; Complaint; Exhibits; Notice of Mandatory Initial Discovery; Amended Standing Order Regarding Mandatory Initial Discovery Pilot Project** to **Dustin Ray** as **Resident Agent** of **Pages of Purpose, LLC at 3326 Bero Rd., Lansdowne, MD 21227**.

**Description of Person Accepting Service:**
Sex: Male Age: 30 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Obstructed/Covered

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Rene Rivas**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **252821**

District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of March, 2020

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024