# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

North American Herb and Spice Co. Ltd. LLC

                        Plaintiff,

v.                                      Case No.: 1:20–cv–01077
                                             Honorable Elaine E. Bucklo

Pages of Purpose LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 29, 2020:

      MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to the Fourth Amended General Order 20–0012, the scheduling conference set for 6/4/2020 is stricken and reset for 7/14/2020 at 9:45 a.m. (to track the case only, no appearance is required). Rule 26(f) Report re MIDP due 7/7/2020. The Report must conform to the Mandatory Initial Discovery Pilot program of the district court. The form of the Report can be found on Judge Bucklo's page at www.ilnd.uscourts.gov. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.